'O'

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIGEL SCOTT,<br><br>        Plaintiff,<br><br>  v.<br><br>LOWE'S HOME CENTERS, LLC; and DOES 1 to 50,<br><br>        Defendants. | CV 21-00919-RSWL-ASx<br><br>**ORDER re: Defendant's Motion for Leave to File Counterclaim Against Towne Delivery Service** [15] |

    On May 27, 2021, Defendant Lowe's Home Centers, LLC ("Defendant") filed a Motion for Leave to File a Counterclaim Against Third Party Towne Delivery Service ("TDS") [15]. As the Federal Rules of Civil Procedure provide, a counterclaim is a claim "against an opposing party." See Fed. R. Civ. P. 13(a)-(b). Defendant does not seek to assert a claim against Plaintiff Nigel Scott, the sole party opposite Defendant in this Action. For that reason, the Court **DENIES** Defendant's Motion.

1

The Court points Defendant to Federal Rule of Civil Procedure 14(a), which permits a defendant, subject to the constraints identified in the rule, to "serve a summons and complaint on a nonparty who is or may be liable to it for all or part of the claim against it."

**IT IS SO ORDERED.**

DATED: July 13, 2021      /s/ Ronald S.W. Lew
                                  **HONORABLE RONALD S.W. LEW**
                                  Senior U.S. District Judge