Jan Eric Kaestner, Esq. SBN: 171462
**GHITTERMAN, GHITTERMAN & FELD**
418 E. Canon Perdido Street
Santa Barbara, CA 93101
Phone: 805-214-8888
Fax: 805-965-5009

JS-6

Attorneys for Plaintiff, Nigel Scott

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NIGEL SCOTT, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LOWE'S HOME CENTERS, LLC, and DOES 1 to 50, Defendants,<br><br>　　　　Defendants. | **CASE NO. 2:21-CV-00919-RSWL (ASx)**<br>*[Assigned for all Purposes to the*<br>*U.S. Magistrate Alka Sagar]*<br><br>**ORDER ON STIPLUATION TO REMAND ACTION** |

1

ORDER ON STIPULATION

**ORDER**

On May 5, 2022, the Parties to the above-referenced action filed a Stipulation to Remand Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. Western District of California case number 2:21-CV-00919-RSWL (ASx) styled NIGEL SCOTT v. LOWE'S HOME CENTERS, LLC, et al. is hereby remanded to San Luis Obispo Superior County Superior Court.

IT IS SO ORDERED.

Dated: May 6, 2022              */S/ RONALD S.W. LEW*
                                UNITED STATES DISTRICT JUDGE